# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO.: 2:25-cr-00006

**JESSE MARKS**

## NOTICE OF THE UNITED STATES' INTENT NOT TO PURSUE FORFEITURE

The United States hereby gives notice that it has elected not to pursue forfeiture of the $1,000,000.00 money judgment filed against JESSE MARKS, as named in the Information in this matter.

The money judgment was not included in the plea agreement filed in this matter. Therefore, the United States cannot pursue collection through forfeiture. Accordingly, there is no need for an order of forfeiture in this case.

Submitted, this 18th day of August 2025.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By: /s/Justin A. Marlowe
JUSTIN A. MARLOWE
Assistant United States Attorney
WV State Bar No. 9695
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Facsimile: 304-340-7851
E-mail: justin.marlowe@usdoj.gov