# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 8/19/2025 | Case Number: | 2:25-cr-00006 |
| Case Style: | USA vs. Jesse Marks | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Gabriel Price

Attorney(s) for the Defendant(s):

Abraham Saad

| | | |
|---|---|---|
| Law Clerk: | Rudy Rosenmayer | |
| Probation Officer: | Patrick Fidler | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:07 PM | 2:20 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 13 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:07 p.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR; no remaining objections.
Court adopts findings in PSR.

Court CONTINUES hearing.

Court recessed: 2:20 p.m.